UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-04624-AB-CE | Date: | November 25, 2025 |
|---|---|---|---|

| Title: | *Noe Villanueva v. Gruma Corporation et. al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT IN ACCORDANCE WITH THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ("ORDER") [DKT. NO. 38]**

Plaintiff Noe Villanueva ("Plaintiff") filed a First Amended Complaint ("FAC") following this Court's Order granting Plaintiff leave to amend their Complaint. Dkt. No. 39. Plaintiff's FAC amended the Complaint and added the last name of Defendant Rene Reyes, previously identified as Rene Doe. Order at 2.

Defendant Rene Reyes is no longer a Doe Defendant and, therefore, the Court can consider his citizenship for the purposes of assessing diversity jurisdiction. *Goldsmith v. CVS Pharmacy, Inc.*, 2020 WL 1650750 at *4 (C.D. Cal. Apr. 3, 2020) (finding that "the Court must disregard the citizenship of Doe Defendants for removal purposes). Defendant Rene Reyes and Plaintiff are both alleged to be California citizens. Accordingly, diversity is not satisfied and this Court no longer has jurisdiction over the action under 28 U.S.C. § 1332(a).

As stated in the Order, this Court now **REMANDS** the action to the Superior Court of California, County of Los Angeles. All future hearing dates are **VACATED**.

**IT IS SO ORDERED**.